### Konicz *v.* Teutonia Insurance Company of Allegheny.

Argued May 7, 1901. Appeal, No. 93, April T., 1900, by plaintiff, from judgment of C. P. Cambria Co., June T., 1897, No. 487, on verdict for plaintiff non obstante veredicto in case of Joseph J. Konicz v. The Teutonia Insurance Company of Allegheny. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Reversed.

OPINION BY RICE, P. J., July 25, 1901:

For the reasons given in No. 92, April term, 1900, the judgment is reversed and a venire facias de novo awarded.